NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>RYAN KIMURA,<br><br>　　　　Defendant-Appellant. | No.　17-10353<br><br>D.C. No. 1:10-cr-00537-SOM<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
Susan O. Mollway, District Judge, Presiding

Submitted May 15, 2018[**]

Before:　SILVERMAN, BEA, and WATFORD, Circuit Judges.

Ryan Kimura appeals from the revocation of supervised release and

aggregate 6-month sentence imposed upon revocation to be followed by a total of

54 months of supervised release.　Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Kimura's counsel had filed a brief stating that there are no grounds for

---

[*]　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]　The panel unanimously concludes this case is suitable for decision without oral argument.　*See* Fed. R. App. P. 34(a)(2).

relief, along with a motion to withdraw as counsel of record. We have provided Kimura the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

We decline to address on direct appeal Kimura's claim of ineffective assistance of counsel. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**